UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MITCHELL, JR.; AND MARJA MITCHELL,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STEVEN CULVER., individually and as a Federal Ranger; BRIAN J.DENSMORE, individually and as a Federal Ranger,<br><br>　　　　　Defendants. | No.  2:15-cv-00058-GEB-CMK<br><br>**FED. R. CIV. P. 4(M) NOTICE** |

　　　　Plaintiffs state in the Response to Order to Show Cause filed April 24, 2015 ("Resp.") in relevant part as follows:

> Jack and Marja Mitchell filed a civil rights case against certain federal officers who were located at Whiskeytown National Recreation Area, Brian Densmore and Steven Culver. . . .
>
> Upon attempting to serve the Defendants it was discovered that both Defendants had relocated. Densmore . . . had moved twice, once to Ranier National Park and subsequently to the Olympic National Park in a remote location of the Olympic Peninsula. Culver had relocated to a remote location in Northern Nevada, near Ely Nevada. No private process servers will serve in these two locations.
>
> Plaintiffs are hiring local law enforcement in both locations to affect service on the Defendants. Said service is expected to be completed on or before May 11,

1

2015.
(Resp. 1:16-2:2, ECF No. 5.)

In light of Plaintiffs' service representations, Plaintiffs are granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on each Defendant until and including May 18, 2015. Plaintiffs are notified under Rule 4(m) that failure to serve each Defendant with process by May 18, 2015, may result in may result in the unserved defendant(s) and/or this action being dismissed. To avoid dismissal, on or before May 18, 2015, Plaintiffs shall file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period.

Dated:  May 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge