UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MITCHELL, JR.; AND MARJA MITCHELL,<br><br>            Plaintiffs,<br><br>     v.<br><br>STEVEN CULVER., individually and as a Federal Ranger; BRIAN J.DENSMORE, individually and as a Federal Ranger,<br><br>            Defendants. | No.  2:15-cv-00058-GEB-CMK<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |

Plaintiffs state in the Status Report ("SR") filed May 22, 2015:

> Status of Service Upon All Defendants: There are two Defendants in this matter, both of whom are law enforcement officers with the National Park service. At the time of the incidents complained of both officers were stationed in Shasta County employed at Whiskeytown National Recreation area.
>
> Steven Culver: Subsequently, Defendant Steven Culver has been transferred to Ely, NV in an extremely remote area. The only process server available is the local sheriff who places a last priority on civil service. The documents are in the possession of the local sheriff and Plaintiffs expect service within a short period of time.
>
> Brian Densmore: Defendant Steven Culver has been transferred to Olympic National Park in an extremely remote area of the Olympic Peninsula, in Washington State. The only

1

> process server available is the local sheriff who places a last priority on civil service. The documents are in the possession of the local sheriff and Plaintiffs expect service within a short period of time.
>
> . . . .
>
> . . . Plaintiff[s] believe[] . . . service of process . . . will be acomplished [sic] within the next 14 days.

(SR 1:21-2:6, 2:24-3:1, ECF No. 8.)

In light of Plaintiffs' service representations, Plaintiffs are granted a further extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on each Defendant until and including June 5, 2015. Plaintiffs are notified under Rule 4(m) that failure to serve each Defendant with process by June 5, 2015, may result in the unserved Defendant(s) and/or this action's dismissal for failure of service and/or prosecution. To avoid dismissal, on or before June 8, 2015, Plaintiffs shall file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on June 8, 2015, is continued to August 17, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

Dated:  May 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2